# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| ARTHUR HOUZE, | |
|     Petitioner, | 2:24-cv-83 |
| v. | |
| WARDEN G. SWANEY, | |
|     Respondent. | |

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to grant Respondent's Motion to Dismiss and to dismiss without prejudice Petitioner Arthur Houze's ("Houze") 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus. Dkt. No. 10. Houze did not file Objections to this Report and Recommendation, and the time to do so has elapsed. In fact, the Court's mailing was returned as undeliverable, with the notation: "Return to Sender, Refused, Unable to Forward." Dkt. No. 11.

Thus, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **GRANT** Respondent's Motion to Dismiss, **DISMISS**

**without prejudice** Houze's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus based on his failure to exhaust his available administrative remedies, and **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. I also **DENY** Houze *in forma pauperis* status on appeal.

**SO ORDERED**, this __3__ day of October, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA